PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00049-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| RAFAEL MEDINA LABRADA, | CURRENT DATE: May 11, 2022 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

This case is set for status conference on May 11, 2022. By this stipulation, the government, through undersigned counsel, and RAFAEL MEDINA LABRADA, through his counsel of record, move to set a trial in this case for December 6, 2022 before the Honorable Dale A. Drozd, to exclude time from May 11, 2022 through December 6, 2022, and to set an additional status conference for August 10, 2022 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant RAFAEL LABRADA MEDINA, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on May 11, 2022.

The parties request that the matter be continued and set a trial in this case for December 6, 2022 before the Honorable Dale A. Drozd, and to exclude time from May 11, 2022 through December 6,

2022, and to set an additional status conference for August 10, 2022 at 1:00 p.m.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The government asserts the discovery associated with this case includes reports, photographs, and audio and video recordings; discovery has been provided to counsel and/or made available for review.

    b) The government has provided a plea offer to the defendant through his counsel. The defense has requested additional time to review the plea with the defendant. The government will hold the existing plea offer open until the August 10, 2022 status conference.

    c) Counsel for the defendant desires additional time to consult with her client, discuss the government's proposed resolution, conduct additional investigation of the charges, and to otherwise prepare for trial. Counsel for the defendant notes that she came on the case in March 2020, approximately one year after the case was indicted, and since that time has had limited access her client due to COVID-19 quarantines and restrictions at the Fresno County Jail. The defendant also contracted COVID-19 during the pandemic, during which time counsel for the defendant was unable to meet with her client.

    d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2022 to December 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 3, 2022                           PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ KATHERINE E. SCHUH
                                              KATHERINE E. SCHUH
                                              Assistant United States Attorney


                                               /s/ GALATEA DELAPP
Dated:  May 3, 2022                            GALATEA DELAPP
                                               Counsel for Defendant RAFAEL
                                               MEDINA LABRADA


### **ORDER**

IT IS SO ORDERED that the status conference set for May 11, 2022, is vacated. A jury trial is set for **December 6, 2022, at 8:30 a.m. before District Judge Dale A. Drozd**. Estimated time of trial is <u>one week</u>. A trial confirmation is set for **November 21, 2022, at 9:00 a.m. before District Judge Dale A. Drozd**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  __**May 4, 2022**__                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT