PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAFAEL MEDINA LABRADA, <br><br> Defendant. | CASE NO. 1:19-CR-00049-ADA-BAM <br><br> STIPULATION TO VACATE TRIAL DATE, SET CHANGE OF PLEA, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This case was previously set for trial on December 6, 2022, with a trial confirmation date of November 21, 2022. Time was previously excluded to December 6, 2022.

2. On today's date, the parties filed a plea agreement. Doc. 94.

3. By this stipulation, the parties now move to vacate the trial and trial confirmation dates and set the case for a change of plea hearing on October 31, 2022, at 8:30am.

///

///

///

///

1

4. The parties agree that time shall remain excluded through October 31, 2022, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO STIPULATED.

Dated: October 12, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

Dated: October 12, 2022

/s/ GALATEA DELAPP
GALATEA DELAPP
Counsel for Defendant
RAFAEL MEDINA LABRADA

IT IS SO ORDERED.

Dated: October 13, 2022

UNITED STATES DISTRICT JUDGE