PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL MEDINA LABRADA,<br><br>Defendant. | CASE NO. 1:19-CR-00049-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: February 21, 2023<br>TIME: 8:30 AM<br>COURT: Hon. Ana de Alba |

**STIPULATION**

By previous order this matter was set for sentencing on February 21, 2023. Doc. 97. Due to a trial on another matter which was unexpectedly trailed, defense counsel is unable to coordinate an interpreter and review the draft PSR with defendant in order to draft potential informal objections and corrections that comply with the current deadlines which support the order regarding the currently scheduled sentencing date.

///

///

///

///

///

///

1

Consequently, the parties have agreed and hereby stipulate to continue the defendant's sentencing hearing. The parties have conferred and request the sentencing hearing be continued from February 21, 2023, to April 3, 2023.

IT IS SO STIPULATED.

Dated:  January 20, 2023                     PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ JESSICA A. MASSEY
                                             JESSICA A. MASSEY
                                             Assistant United States Attorney

Dated:  January 20, 2023                     /s/ GALATEA DELAPP
                                             GALATEA DELAPP
                                             Counsel for Defendant
                                             RAFAEL MEDINA LABRADA

IT IS SO ORDERED.

   Dated:   January 20, 2023                 _____
                                             UNITED STATES DISTRICT JUDGE

2