AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:19-cr-00049-ADA-BAM   Document 112   Filed 03/13/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

United States of America )
v. )
) Case No: 1:19-CR-00049-ADA-BAM-002
RAFAEL MEDINA LABRADA )
) USM No: 78058-097
Date of Original Judgment: 04/03/2023 )
Date of Previous Amended Judgment: ) PEGGY SASSO
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 88 months **is reduced to** 87 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 04/11/2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/11/2024

CHIEF UNITED STATES DISTRICT JUDGE

Effective Date: Ten days from the date of this order.
*(if different from order date)*

Kimberly L. Mueller
Chief United States District Judge
*Printed name and title*